# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| DARLENE TOMPKINS,                     ) | |
|                Plaintiff,   ) | |
| v.                                                         ) | No.   1:13-CV-73-GZS |
| CAROLYN W. COLVIN,               ) | |
| Acting Commissioner of Social      ) | |
| Security,                                          ) | |
|                Defendant    ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 21) filed December 31, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the Commissioner is **VACATED** and the case is **REMANDED** for further proceedings consistent with the Magistrate Judge's Recommended Decision.

                                                                             /s/ George Z. Singal
                                                                            United States District Judge

Dated this 26th day of January, 2014.